UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM JONES, et al., | Case No. 2:25-cv-0864-DJC-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF SACRAMENTO BOARD OF SUPERVISORS, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 9, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiffs filed objections on May 23, 2025, and they were considered by the undersigned.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds

1

the findings and recommendations to be supported by the record and by the proper analysis, with the exception that the Court will grant leave to amend as to Plaintiff Hall. In his objections, Plaintiff Hall alleges he was subjected to retaliation as a result of his complaint to the Sacramento City Police Department resulting from the occurrences alleged in the Complaint. The Court takes no position as to whether those facts would state a cognizable claim or be properly joined with the other claims in the Complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed May 9, 2025, are adopted in part;
2. Defendants' motion to dismiss, ECF No. 4, is GRANTED;
3. Plaintiff Hall's claims are dismissed for lack of standing with leave to amend;
4. Plaintiff Jones's federal claims are dismissed with leave to amend;
5. The court declines to exercise supplemental jurisdiction over plaintiffs state law claims;
6. Plaintiffs' motion to remand, ECF No. 5, is DENIED; and
7. Plaintiffs Hall and Jones are granted thirty days of any order adopting these findings and recommendations to file a first amended complaint. Failure to do so will result in this action being dismissed.

IT IS SO ORDERED.

Dated:  **June 6, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2