UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM JONES, *et al.*, | Case No. 2:25-cv-0864-DJC-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF SACRAMENTO BOARD OF SUPERVISORS, *et al.*, | |
| Defendants. | |

Plaintiffs have filed a request for an extension of time to file an amended complaint. Good cause appearing, the request will be granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' motion for an extension of time, ECF No. 21, is GRANTED.

2. Plaintiffs are granted until August 7, 2025, to file an amended complaint.

IT IS SO ORDERED.

Dated:   July 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1