UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM JONES, et al., | Case No. 2:25-cv-0864-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO BOARD OF SUPERVISORS, et al., | |
| Defendants. | |

    This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On October 31, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds

the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed October 31, 2025, are ADOPTED;

2. This action is dismissed without prejudice for failure to prosecute, failure to comply with the court's local rules, and failure to comply with court orders;

3. Defendant City of Sacramento's motion to dismiss, ECF No. 26, is denied as moot; and

4. The Clerk of is be directed to close the case.

IT IS SO ORDERED.

Dated:   **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2